ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 3 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:97-CR-030-J (CIVIL NO. 4:06-CV-021-J) |
| CORNELIUS JACKSON | § § § | |

## ORDER

The United States Magistrate Judge entered his Findings, Conclusions and Recommendation in ths cause on February 6, 2006. No objections have been filed. The Court has conducted an independent review of the pleadings, files and records in this case, as well as the findings, conclusions and recommendation of the United States Magistrate Judge, and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

Therefore the defendant CORNELIUS JACKSON's January 11, 2006 motion for relief under 28 U.S.C. § 2255 is DISMISSED WITHOUT PREJUDICE to Jackson's right to file a motion in the United States Court of Appeals for the Fifth Circuit for leave to file a successive Section 2255 motion.

It is SO ORDERED.

Signed this _____ day of March, 2006.

**MARY LOU ROBINSON**

**UNITED STATES DISTRICT JUDGE**